TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00061-CV
 
 




 

 

Robert Threadgill, Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 




 
 
 FROM THE 126th
 District Court OF Travis COUNTY,
 
 NO. D-1-FM-10-006141,
 The Honorable Rhonda Hurley, JUDGE
 PRESIDING
 
 




 

 


 
 
                                                                      O
 R D E R
  
 PER CURIAM
 Appellant Robert Threadgill
 filed his notice of appeal on December 13, 2011. Appellant=s brief was filed on April 30, 2012,
 making the state’s brief due May 21, 2012.  On May
 17, 2012, counsel for the state filed a motion for extension of time
 to file his brief.
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule constrains this
 Court’s leeway in granting extensions. 
 In this instance, we will grant the motion and order counsel to file the
 state’s brief no later than June 20,
 2012.  If the brief is not filed
 by that date, counsel may be required to show cause
 why he should not be held in
 contempt of court.
 It is ordered on May 21, 2012
  
 Before
 Justices Puryear, Henson and Goodwin